IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00028-MP-AK

ISSAC JACOB BOOKER,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 46, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as untimely filed. The time for filing objections has passed, and none have been filed. The Court agrees that this action, filed four years after his conviction became final, is untimely, and that Defendant has not met the requirements of the "actual innocence" exception. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed with prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *8th*   day of June, 2009

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge